**Hannibal Nganga WANGUHU, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–1877.

United States Court of Appeals, Fourth Circuit.

Submitted: May 17, 2006.

Decided: June 6, 2006.

Bokwe G. Mofor, Silver Spring, Maryland, for Petitioner. Rod J. Rosenstein, United States Attorney, John W. Sippel, Jr., Assistant United States Attorney, Baltimore, Maryland, for Respondent.

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hannibal Nganga Wanguhu, a native and citizen of Kenya, seeks review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen and reconsider removal proceedings. We have reviewed the administrative record and conclude that the Board did not abuse its discretion in denying Wanguhu's motion. See 8 C.F.R. § 1003.2(a), (b) (2006).

Accordingly, we deny the petition for review for the reasons stated by the Board. See In Re: Wanguhu, No. A79-513-031 (B.I.A. Jul. 26, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED.